# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF,
       Appellant,
vs.
ROCKVIEW DAIRIES, INC.,
       Respondent.

No. 84673

**FILED**

MAY 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal proposing to challenge an order entered by the court of appeals in Docket No. 83035. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

On March 28, 2022, the court of appeals entered an order affirming the judgment of the district court. *Rogoff v. Rockview Dairies, Inc.*, Docket No. 83035 (Order of Affirmance, March 28, 2022). The order is not an appealable order, and the time for filing a petition for rehearing (NRAP 40) or review (NRAP 40B) in Docket No. 83035 expired on April 15, 2022. Appellant filed this notice of appeal on April 30, 2022. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. David M. Jones, District Judge
      Marlene Rogoff
      The Galliher Law Firm
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-15279